**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



DEPUTY CLERK_____mb

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| MAGGIE CHAU (01)<br>TOMMY CHAU (02)<br>ERIK ESCOBAR (03)<br>JUSTIN BLESSING (04)<br>WILMER AVIGAEL UMANA-REYES (05)<br>EDELMIRO CORONADO LOPEZ, JR. (06)<br>ASA THORNE (07)<br>JONATHAN WIGAND (08) | 3-23CR0048-L |

### INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Commit Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 371 (18 U.S.C. § 2314))

Beginning on or about a date unknown to the Grand Jury, but at least as early as April 2022, and continuing through on or about November 12, 2022, in the Dallas Division of the Northern District of Texas, and elsewhere, defendants **Erik Escobar, Justin Blessing, Wilmer Avigael Umana-Reyes, Edelmiro Coronado Lopez, Jr., Asa Thorne, and Jonathan Wigand,** did knowingly, intentionally, and unlawfully combine, conspire, consider, and agree with each other, Maggie Chau, Tommy Chau, and other persons both known and unknown to the Grand Jury, to unlawfully transport, transmit, and transfer in interstate and foreign commerce from Texas to New York and elsewhere, stolen goods, wares, and merchandise, that is, catalytic converters, having an aggregate

value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of 18 U.S.C. § 2314.

All in violation of Title 18, United States Code, § 371.

Indictment—Page 2

## Count Two
### Interstate Transport of Stolen Goods
(Violation of 18 U.S.C. § 2134)

Beginning on or about a date unknown to the Grand Jury, but at least as early as April 2022 and continuing through on or about November 12, 2022, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendants **Maggie Chau, Tommy Chau, Erik Escobar, Justin Blessing, Wilmer Avigael Umana-Reyes, Edelmiro Coronado Lopez, Jr., Asa Thorne,** and **Jonathan Wigand,** along with others known and unknown, aiding and abetting one another, transported and caused to be transported in interstate commerce from Texas to New York and elsewhere, stolen goods, wares, and merchandise, that is, catalytic converters, having an aggregate value of $5,000 or more, knowing the same to have been stolen.

In violation of Title 18, United States Code, § 2314.

Notice of Forfeiture
(18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c))

Upon conviction of the charged offenses, **Maggie Chau (01)**, **Tommy Chau (02)**, **Erik Escobar (03)**, **Justin Blessing (04)**, **Wilmer Avigael Umana-Reyes (05)**, **Edelmiro Coronado Lopez, Jr. (06)**, **Asa Thorne (07)**, and **Jonathan Wigand (08)**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from, whether directly or indirectly, proceeds traceable to the respective offenses, including a money judgment in the amount of U.S. currency constituting the proceeds traceable to the offenses

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), if any of the above property subject to forfeiture, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States of America to seek forfeiture of any other property of the defendant up to the value of the above described property subject to forfeiture.

A TRUE BILL:

_[signature]_
FOREPERSON

Indictment—Page 4

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Robert Withers*
_____
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.withers@usdoj.gov

---

**No Warrant Needed**     MAGGIE CHAU (1)
**No Warrant Needed**     TOMMY CHAU (2)
ERIK ESCOBAR (03) **in Federal Custody since 1/18/2023**
**Warrant to be Issued - In State Custody**     JUSTIN BLESSING (04)
WILMER AVIGAEL UMANA-REYES (05) **in Federal Custody since 1/20/2023**
**Warrant to be Issued - In State Custody** EDELMIRO CORONADO LOPEZ, JR. (6)
**Warrant to be Issued - In State Custody** ASA THORNE (07)
**Warrant to be Issued - In State Custody** JONATHAN WIGAND (08)

---

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-mj-00020-BH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MAGGIE CHAU

INDICTMENT

18 U.S.C. § 371 (18 U.S.C. § 2314)
Conspiracy to Commit Interstate Transportation of Stolen Property
(Count 1)

18 U.S.C. § 2134
Interstate Transport of Stolen Goods
(Count 2)

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this __7__ day of February, 2023.